# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2011

Robert P. Young, Jr.,
Chief Justice

142723 & (21)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

OCTAVIA WINFIELD,
          Plaintiff-Appellee/
          Cross-Appellant,

v

                              SC: 142723
                              COA: 299181

JOSEPH WINFIELD,
          Defendant-Appellant/
          Cross-Appellee.
                              Wayne CC: 91-101718-DM

_____/

       On order of the Court, the application for leave to appeal the January 27, 2011 order of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2011

Clerk

p1026